# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-809(B)-CAS - 2 |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| DAVID WALTER CARAMANIS, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On June 1, 2017 and August 9, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on June 12, 2015. Government counsel, Lauren Restrepo, the defendant and his appointed DFPD attorney, Craig Harbaugh, were present. The U.S. Probation Officer, Christina Le, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on June 12, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 25, 2007, April 12, 2010, and March 31, 2015.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. IT IS HEREBY ORDERED that defendant is committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow.

///

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: August 9, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk